United States Courts
Southern District of Texas
F I L E D

**Tremaine Manley**
Plaintiff

§
§
§

JUL 2 9 2025

**Vs**

Nathan Ochsner, Clerk of Court

§
§
§

**FIRST TEXAS AUTO CREDIT, INC.,**
Defendant

§
§
§
§
§

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**Civil Action No. 4:25-cv-03099**

## PLAINTIFF'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS (DKT. #9)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff **Tremaine Manley** respectfully submits this Notice to advise the Court that he has filed a **Motion for Leave to File a First Amended Complaint**, which directly addresses the allegations and legal issues raised in **Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. #9)**.

If the Court grants leave to amend, Plaintiff's amended complaint will become the operative pleading, and the Motion to Dismiss will be **moot** under established federal law. See *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading.").

Accordingly, Plaintiff respectfully requests that the Court defer ruling on Dkt. #9 pending resolution of the Motion for Leave.

**Respectfully submitted,**

**Tremaine Manley**

Pro Se Plaintiff
3019 Poe Rd
Houston, TX 77051
(832) 348-0649
Proselegalteamlawsuit@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 30, 2025**, a true and correct copy of this Notice was served on Defendant's counsel via email:

**Derek Dryden Rollins**
Shackelford, Bowen, McKinley & Norton, LLP
Email: drollins@shackelford.law

**/s/ Tremaine Manley**
**Tremaine Manley**