United States District Court
Southern District of Texas
**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREMAINE MANLEY, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-03099 |
| § | |
| FIRST TEXAS AUTO CREDIT, INC., § | |
|     *Defendant*. § | |

## **ORDER**

Before the Court is the Parties' Joint Request for a Pre-Motion Conference.[1] ECF 29. Defendant requests a stay of the case pending adjudication of its Motion to Dismiss (ECF 22), which would dispose of all claims if granted. Plaintiff opposes a stay. It is therefore

ORDERED that the Court will construe the Letter (ECF 29) as Defendant's motion to stay pending a ruling on the Motion to Dismiss (ECF 22). The Court will accept briefing according to the following schedule:

- Defendant may file a brief in support of the motion to stay by January 12, 2026;

- Plaintiff will then have until January 23, 2026, to file a response;

- Defendant may file a reply by January 26, 2026.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 28.

It is additionally ORDERED that the Court will hold a hearing on the motion to stay on January 28, 2026, at 2:00 PM via Zoom with video enabled. If the Court finds it appropriate, it will rule based on the Parties' submissions and cancel the hearing.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on January 07, 2026, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge