United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREMAINE MANLEY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-03099 |
| | § | |
| FIRST TEXAS AUTO CREDIT, INC., | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Parties' Letter Requesting Discovery Conference.[1] ECF 35.  Parties' joint letter explains that Defendant seeks to extend the stay of discovery and modify the docket control order.  *Id.* at 1.  Plaintiff is opposed to extending the stay.  *Id.* at 2.  It is therefore

ORDERED that Parties' request for a conference (ECF 35) is DENIED.  It is further

ORDERED that the stay is EXTENDED until April 15, 2026.  It is further

ORDERED that Parties submit a joint proposed docket control order with new discovery dates that account for the stay by April 1, 2026.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 28.

Signed on March 25, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge