United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TREMAINE MANLEY, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-3099 |
| | § | |
| FIRST TEXAS AUTO CREDIT, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On November 7, 2025, this case was referred to United States Magistrate Judge

Christina A. Bryan for all pretrial purposes. (Dkt. 28). Judge Bryan filed a Memorandum

and Recommendation on April 9, 2026, recommending that Defendant's motion to dismiss

(Dkt. 22) be **GRANTED**; that Plaintiff's claims under federal law be **DISMISSED WITH**

**PREJUDICE**; and that Plaintiff's claims under state law be **DISMISSED WITHOUT**

**PREJUDICE**. (Dkt. 39). On April 9, 2026, Plaintiff filed his objections. (Dkt. 40).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de

novo determination of those portions of the [magistrate judge's] report or specified

proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R.

CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; the

Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS**

2

Judge Bryan's Memorandum and Recommendation and **ADOPTS** it as the opinion of the

Court.

It is therefore **ORDERED** that:

(1)    Judge Bryan's Memorandum and Recommendation (Dkt. 39) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    Defendant's motion to dismiss (Dkt. 22) is **GRANTED**;

(3)    Plaintiff's claims under federal law are **DISMISSED WITH PREJUDICE**; and

(4)    Plaintiff's claims under state law are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 13, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2