United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TREMAINE MANLEY, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-3099 |
| | § | |
| FIRST TEXAS AUTO CREDIT, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Christina A. Bryan's Memorandum and Recommendation, Plaintiff's claims under federal law are **DISMISSED WITH PREJUDICE**, and Plaintiff's claims under state law are **DISMISSED WITHOUT PREJUDICE**.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas on May 13, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE